IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAVID SAULSBERRY,

Plaintiff,                                                                      Case No. 21-CV-62362

vs.

BRITNEY ELDER,

a/k/a "FTN Bae",

Defendant.

## EMERGENCY PETITION FOR GAG ORDER

Plaintiff, by and through undersigned, Petitions this Court for a Gag Order on all parties of record, and their counsel and associates. In support of Plaintiff's motion, it states as follows:

1. Plaintiff is a popular music recording artist signed to a major music label.

2. Defendant is an Instagram adult model and social media influencer.

3. Plaintiff has sued Defendant in this Court for various tort claims including, but not limited to, libel per se, defamation per se and slander per se regarding Defendant's false, unfounded and outrageous statements Defendant published online on October 27, 2021.

4. Due to the nature of the false statements published by Defendant online, Plaintiff seeks an Emergency Petition to gag all parties from discussing any proceedings, directly or indirectly, online or in any other forum.

5. Defendant continues to discuss the false statements online as to continue to gain notoriety and internet fame as Plaintiff is a person of notoriety. Defendant has been successful in using her false claims against the Plaintiff to garner notoriety as Defendant increased her

overall social media platforms by 100,000 followers since making the false and outrageous statements about Plaintiff online.

6. In *Nebraska Press Ass'n. v. Stuart*, 427 U.S. 539 (1976), the U.S. Supreme Court considered the following factors in analyzing the constitutionality of a gag order: "(a) the nature and extent of pretrial news coverage; (b) whether other measures would be likely to mitigate the effects of unrestrained pretrial publicity; and (c) how effectively a restraining order would operate to prevent the threatened danger [of an unfair trial]." That Court found the gag order was justified because publicity of alleged shocking crimes would be widespread and would likely reach a jury, impairing the right to a fair trial.

7. Just as in *Nebraska*, Plaintiff stands to suffer the likelihood of not being advanced a fair trial if a gag order is not immediately implemented.

8. Defendant's published false statements and doctored audio recording[1] on her social media platforms, to her almost 600,000 followers and it immediately went viral. Online popular blogs like The Shade Room, with over 25 million followers, published several stories regarding Defendant's false statements.[2] Several other online media outlets of varying size also ran stories based on Defendant's false statements.[3]

9. If this Court does not issue a gag order the nature of the pretrial news coverage will be prejudicial and the extent of pretrial news coverage will be extensive and detrimental to the Plaintiff.

---

[1] Plaintiff is in possession of, at minimum, 4 recordings Defendant sent to Plaintiff prior to Defendant posting the audio on her Twitter and Instagram pages on October 27, 2021.
[2] Instagram @theshaderoom.
[3] A simple search engine or Youtube keyword search of the terms "Doodie Lo" or "FTN Bae" will populate the most popular blog sites who covered Defendant's false statements.

10. There are no other measures available to mitigate the effects of unrestrained pretrial publicity. Defendant makes a living online and is desperate for content to continue to generate revenue.

11. A gag order will surely be effective to prevent the threatened danger of an unfair trial to both the Plaintiff and Defendant. More importantly the gag order will be effective to preserve the integrity of the alleged victim who is a minor child and otherwise has no say or participation in these proceedings. It is clear, evident and undisputed that the minor child never accused the Plaintiff of any wrongdoing until coerced to do so by the Defendant.[4]

12. Again, like in *Nebraska*, due to the outrageous, extreme and false nature of Defendant's statements publicly of shocking crimes allegedly perpetrated by the Plaintiff, the information would be widespread and would likely reach a jury, impairing the Plaintiff a right to a fair trial.

**WHEREFORE,** Plaintiff requests this Court grant its request and impose a Gag Order on all parties, and their respective attorneys and associates, from discussing any aspect of these proceedings in any manner on any forum.

---

[4] Plaintiff is in possession of multiple recordings sent to Plaintiff by Defendant regarding Defendant's minor child initially disclosing an assault involving another minor child "Alex", as well as text messages Defendant circulated to friends and family of Plaintiff attached herein as Exhibit "A."

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail generated by the Florida Court E-Filing Portal this 17th day of November, 2021, upon all of record.

*Ariel E. Mitchell, Esq.*
Ariel E. Mitchell, Esq.
Florida Bar No. 125714
P.O. Box 12864
Miami, FL 33101
(305) 903-5835
Email service: ariel@arielesq.com

# EXHIBIT "A"



New Recording 9.m4a

Hey my name is Britney i got your number from someone you personally know. i just wanted to shed light on to what's been going on. i was in a relationship with Doodie(david) & i found out (oct 1) after 2 months of my son pooping on himself so bad that i had to resort to diapers that doodie sexually assaulted my son. He welted 3 screws together (from my tool box) to make it 1 and shoved them up my sons butt (my son had hid the screws in the backyard so "he couldn't find them again" ofc my son was able to walk me outside to where he put it & security cameras show when he went outside that night to throw it outside) This happened August 6th when he was at my house in Florida he was supposed to leave this day but he missed his flight supposedly he claimed he "feel asleep in the airport" and he woke up a hour after his flight left (i dropped to the airport) i had a show in orlando that night but i told him he could sleep at my house until his am flight. he was at my house with





show in orlando that night but i told him he could sleep at my house until his am flight. he was at my house with my roommate Ashanti and my son Wesley & his baby girl cousin Alex who is 3. i will be honest & say when my son first started telling me about it he said it was baby alex who did it. but no one was buying that including me she's a little girl the whole story (which is way more detailed) is unlikely she could be physically capable & that's when i HAD TO ask if it was David who really did it because there was only 3 people in my house. he told me the truth that night and has had the same story since then & his reasoning for lying on her originally was because he was "scared" & i believe that and it makes since. my son isn't a actor and wouldn't have any reason to say it was him. he liked david david created a bond with my son which confuses him. As a single mother i'm doing everything in my power to make sure my son voice gets heard and shit don't get pushed under a rug because he's young & these cases slate fragile. so i am my sons mouth piece & people need to know that's THE LEAST i can do for me & my child.

