UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62362-CIV-SMITH

DAVID SAULSBERRY,

    Plaintiff,
v.

BRITNEY ELDER,

    Defendant.
_____/

## ORDER PROVIDING INSTRUCTIONS FOR TRIAL

This cause is before the Court *sua sponte*. This matter is set for trial during the Court's two-week trial calendar beginning on **February 27, 2023,** at the U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida, 33301. The Calendar Call is set for **9:30 a.m. on February 21, 2023.** Accordingly, it is hereby

**ORDERED** that the parties shall comply with the following instructions:

### EVIDENTIARY MATTERS

1.    The Courtroom is equipped with a high-definition document camera that may be used by the Parties to assist with the presentation of evidence at trial (*see* ¶ 11). If the parties plan to use the document camera to publish their exhibits, then they are excepted from the following Exhibit Notebook requirement. In preparation for trial, counsel shall meet and prepare an Exhibit Notebook, consisting of three (3) divisions. The first division shall contain the parties' joint exhibits; the second division shall contain Plaintiff's exhibits; and the third division shall contain Defendant's exhibits. Those exhibits which are joint shall not be repeated in the second or third divisions of the notebook. Each division shall be clearly and adequately designated (tabbed) and each exhibit appropriately labeled. The first page after each tab shall be a face page identifying

the exhibit by number and type (i.e., Joint, Plaintiff's or Defendant's). The Exhibit Notebook shall also include an exhibit index. The parties shall include in the Notebook only those exhibits that are considered absolutely necessary. The failure to include any particular exhibit in the Notebook, however, shall not preclude admission of any exhibit that was properly listed on the party's pretrial exhibit list.

2. At Calendar Call, the parties shall submit to the Court an index of exhibits. The index must be prepared on Form AO 187, with objections to exhibits indicated. If applicable, counsel shall each have a copy of the Exhibit Notebook and shall provide a copy to the Court at Calendar Call.

3. Following the Court's rulings on motions *in limine* and objections to exhibits, counsel shall revise the Exhibit Notebook (including the Court's and each counsel's copy) in accordance with the Court's rulings. The revised Exhibit Notebook shall contain only those Exhibits to which there is no objection.

4. Before Calendar Call, the parties shall submit: (a) an updated assessment of the estimated time required for the trial of this action; and (b) a list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, the amount of time needed for direct and cross examination.

## **JURY SELECTION**

5. The Court shall, in most cases, conduct voir dire. At or before Calendar Call, each side may file and serve requested voir dire questions. The Court may use the parties' proposed voir dire, plus have each member of the jury panel answer written biographical questions. Following

this two-part initial voir dire, each side may, at the Court's discretion, have additional time per party to conduct supplemental voir dire.

6. Counsel shall meet and jointly prepare a concise, non-argumentative statement of the case to be read to the jury in connection with voir dire. The statement shall be filed with the Court at or before Calendar Call.

## INSTRUCTIONS REGARDING THE USE OF DEPOSITIONS AT TRIAL

If deposition transcripts will be used at trial, the parties shall comply with the following guidelines:

7. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

8. Any videotaped depositions shall be queued and edited to ensure an orderly presentation of the evidence at trial.

## AUDIO/VISUAL EVIDENCE

9. At trial, any party presenting audio/visual evidence shall have the evidence queued and edited to ensure an orderly presentation of the evidence at trial.

## DEMONSTRATIVE AND SUMMARY EXHIBITS

10. If the parties desire to use demonstrative exhibits during trial (including but not limited to photographs, diagrams, or timelines), each such item must be disclosed to the opposing party by no later than the Friday before Calendar Call. No demonstrative exhibit may be displayed

to the jury absent prior written agreement between the parties or, absent such agreement, prior approval by the Court.

## COMPUTER PRESENTATION SYSTEM

11. The Courtroom is equipped with a high-definition document camera that may be used by the Parties to assist with the presentation of evidence at trial. The document camera is connected to screens in the witness box and jury box, allowing counsel to display physical exhibits, such as paper documents or three-dimensional objects, while scrolling through or zooming in on specific parts of each exhibit. Also, counsel's computer may be connected to the screens in the witness box and jury box, allowing for the presentation of computer-generated images, charts, presentations, or video on the screens.

12. At Calendar Call, counsel shall indicate whether he or she wishes to use the document camera and/or screens during trial. If so, counsel are encouraged to practice with the system prior to trial. Upon counsel's request and with sufficient advanced notice, the Courtroom Deputy would be available for assistance in this regard.

## NOTICE OF SETTLEMENT

13. If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial is set to commence** in order to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

## **MISCELLANEOUS INSTRUCTIONS**

14. In order to facilitate the accurate transcription of the trial proceeding by the court reporter, no later than five (5) days prior to the scheduled trial period the parties shall file copies of: (1) the witness and exhibit lists, and (2) a designation of unique proper nouns/names which may be raised at trial.

15. Except for the parties or their designated corporate representative, any witness who may testify in this case is precluded from the Courtroom at any time prior to their testimony. Each party shall bring to the Court's attention the appearance of any witness in the Courtroom which violates this rule.

16. To the extent any of the provisions of this Order conflict with a prior Court Order or the Local Rules, this Order controls.

17. **Failure to comply with any provision of this Order may result in the imposition of sanctions.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of February 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record