UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62362-CIV-SMITH

DAVID SAULSBERRY,

    Plaintiff,
vs.

BRITNEY ELDER,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*. On March 1, 2022, the Court issued its Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge [DE 19], requiring the parties to file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and any motions *in limine* by November 28, 2022. A review of the record indicates that none of these documents were filed by that date. On February 6, 2023, the Court issued a paperless order requiring the parties to file their joint pretrial stipulation, joint proposed jury instructions, and joint proposed verdict form by February 15, 2023. A review of the record indicates that none of these documents have been filed. At the Status Conference held on February 10, 2023, the Court ordered the parties to file their motions *in limine* by 5:00 p.m. on February 10, 2023. A review of the record indicates that no motions *in limine* have been filed, despite Plaintiff's counsel's representation that she intended to file a motion *in limine*. Accordingly, it is

**ORDERED** that, on or before **9:00 a.m. on February 21, 2023,** the parties shall each show cause as to why this case should not be dismissed for the parties' failure to comply with

Court orders.  <u>Failure to timely respond to this Order **shall** result in dismissal of this case without further notice.</u>

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of February, 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     counsel of record