**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62362-CIV-SMITH**

DAVID SAULSBERRY,

      Plaintiff,

vs.

BRITNEY ELDER,

      Defendant.
_____/

### ORDER VACATING FINAL JUDGMENT AND JURY VERDICT

This cause is before the Court *sua sponte*. It has come to the Court's attention that Defendant did not appear at trial because she was arrested on her way into the Courthouse. Further, it appears that Plaintiff and Plaintiff's counsel knew of Defendant's arrest before the end of the trial and failed to notify the Court. Because Defendant's failure to appear was not of her own volition, it is hereby

**ORDERED** that:

1. The jury verdict and final judgment in this case are **VACATED.**

2. This case is reset for trial on **May 8, 2023 at 9:00 a.m.** with Calendar Call on **May 2, 2023 at 9:00 a.m.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of March, 2023.

                                                      RODNEY SMITH
                                                      UNITED STATES DISTRICT JUDGE

cc:    All counsel of record