UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62362-CIV-SMITH

DAVID SAULSBERRY,

    Plaintiff,

vs.

BRITNEY ELDER,

    Defendant.
_____/

## ORDER DENYING MOTION FOR DETERMINATION OF SPOLIATION OF EVIDENCE

This cause is before the Court on Plaintiff's Motion for Determination of Spoliation of Evidence and Appropriate Sanctions [DE 157].  Plaintiff alleges that Defendant has removed key evidence in this case from Plaintiff's Instagram account.  Plaintiff, however, does not assert that it he ever sought this evidence during discovery or otherwise attempted to preserve it.  Discovery has been closed in this case for over a year.  Further, Plaintiff has not shown that the evidence is crucial to Plaintiff proving his case.  Plaintiff can call Defendant as a witness and examine her regarding the content of the allegedly destroyed Instagram postings.  Accordingly, it is

**ORDERED** that Plaintiff's Motion for Determination of Spoliation of Evidence and Appropriate Sanctions [DE 157] is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of November, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record