UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62362-CIV-SMITH

DAVID SAULSBERRY,

    Plaintiff,

vs.

BRITNEY ELDER,

    Defendant.
_____/

### ORDER DENYING MOTION TO DETERMINE COMPETENCY

This cause is before the Court on Plaintiff's Motion to Determine Competency of Witness Britney Elder [DE 160]. Plaintiff seeks to have the Court enter an order requiring Defendant to undergo psychological testing to determine if she is competent to testify. Plaintiff alleges, without any evidence other than speculation of himself and others, that Defendant suffers from mental illness that precludes her from understanding the concept of an oath to tell the truth. In the alternative, Plaintiff seeks to limit Defendant's testimony to the reading of her previously sworn statements under oath to law enforcement because she may be an "overly sympathetic witness." Plaintiff has offered no authority to support such a drastic measure. Additionally, Plaintiff's contention that Defendant is an "overly sympathetic witness" is nothing but speculation. Given that Plaintiff offers nothing but speculation in support of his motion, it is

**ORDERED** that Plaintiff's Motion to Determine Competency of Witness Britney Elder [DE 160] is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of November, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record