**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62362-CIV-SMITH**

DAVID SAULSBERRY,

       Plaintiff,

vs.

BRITNEY ELDER,

       Defendant.
_____/

**ORDER DENYING MOTION FOR RECUSAL**

This cause is before the Court on Plaintiff's Motion for Recusal [DE 159]. Plaintiff seeks to have the undersigned recuse due to alleged bias. Plaintiff alleges bias based on unfavorable rulings he has received in this case. Plaintiff, however, has failed to establish that the rulings are not supported by the law. Further, Plaintiff waited until one week before trial is scheduled to start to file the motion, despite the rulings giving rise to the motion occurring more than six months ago. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Recusal [DE 159] is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of November, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record