**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62362-CIV-SMITH**

DAVID SAULSBERRY,

        Plaintiff,

vs.

BRITNEY ELDER,

        Defendant.

_____/

**ORDER DENYING MOTION FOR SANCTIONS**

This cause is before the Court on Plaintiff's Motion for Sanctions [DE 158]. Plaintiff seeks to have the Court sanction Defendant for violating the Court's directive that the parties should "not post or discuss anything related to this trial *while it's going on*. . . . We are not going to try this case in the media." (2/27/23 Trial Tr. 24:21-25:4 (emphasis added).) None of the exhibits submitted in support of the motion indicate that Defendant violated the Court's instructions. The exhibits indicate that Defendant and others posted things to social media about the trial *after* the trial was over, not during the trial. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Sanctions [DE 158] is **DENIED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of November, 2023.

                                                                        _____
                                                                      RODNEY SMITH
                                                                        UNITED STATES DISTRICT JUDGE

cc:     All counsel of record