UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  21-CV-62362

DAVID SAULSBERRY,

     Plaintiff,

vs.

BRITNEY ELDER,
a/k/a "FTN Bae",

     Defendant.

_____/

## ORDER GRANTING SUBPOENA TO TESTIFY

This cause is before this Court by oral motion.  It is

**ORDERED** that:

1. Pursuant to Florida Statute, section 39.202 this Court has determined that the records related to case numbers: 2021-302932, 2022-014104, 2022-090988, and 2022-248718 may be publicly disclosed if after an in camera review the Court determines that they contain information necessary for the resolution of an issue before this Court.

2. Subpoena witnesses: Brittany Revere, Roshane Morrison and Marceline Samuels of the Nancy J. Cotterman Center must hereby appear before this Court on December 6 and 7, 2023 with records related to case numbers : 2021-302932, 2022-014104, 2022-090988, and 2022-2487.

DONE AND ORDERED in Fort Lauderdale, Florida, this 6th day of December 2023.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**