UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-62362-CV-SMITH

DAVID SAULSBERRY,

    Plaintiff,

vs.

BRITNEY ELDER,

    Defendant.
_____/

## VERDICT FORM

We, the jury, find by the preponderance of the evidence:

1. Has Plaintiff shown by clear and convincing evidence that Defendant acted with actual malice in making the statement?

    YES __✓__        NO ____

*If your answer is NO, skip the remaining Questions and have your Foreperson sign and date this Verdict Form. If your answer is YES, proceed to Question 2.*

**Defamation**

2. Does the statement that Plaintiff inserted three welded, metal screws into Defendant's son's rectum tend to expose Plaintiff to hatred, ridicule, or contempt or tend to injure Plaintiff in his business, reputation, or occupation or charge that Plaintiff committed a crime?

    YES __✓__        NO ____

**Defamation Per Se**

3.  Does the statement, that Plaintiff inserted three welded, metal screws into Defendant's son's rectum, considered alone without innuendo, (1) charge Defendant with committing an infamous crime; (2) tend to subject Defendant to hatred, distrust, ridicule, contempt, or disgrace; or (3) tend to injure Defendant in his trade or profession?

YES __✓__   [Plaintiff]   [Plaintiff]   [Plaintiff]   NO ____

*If you answered NO, skip Question 4 and proceed to the italicized instructions before Question 5.*

4.  How much do you award to Plaintiff in special damages for defamation per se, if any?

$ __125,000.00__

**Damages**

*If you answered YES to* **Question 2 *or* Question 3**, *answer Question 5. If you answered NO to* **both Questions 2 *and* 3**, *skip the remaining Questions and have your Foreperson sign and date this Verdict Form.*

5.  Has Plaintiff suffered actual damages as a result of Defendant's statement?

YES __✓__    NO ____

*If your answer is NO, skip Questions 6-7 and proceed to Question 8. If your answer is YES, proceed to Question 6.*

6.  How much do you award Plaintiff in compensatory damages, if any?

$ __125,000.00__

*If the amount entered is $0, answer Question 7. If the amount entered is greater than $0 skip Question 7 and proceed to Question 8.*

7.  How much do you award Plaintiff in nominal damages

$ __0__    This amount must be greater than $0.

8.  Do you find by clear and convincing evidence that Plaintiff is entitled to punitive damages?

    YES __X__          NO_____

*If you answered YES to Question 8, proceed to Question 9. If you answered NO to Question 8, skip Question 9 and have your Foreperson sign and date this Verdict Form.*

9.  How much in punitive damages do you award to Plaintiff?

    $ 1,000,000.00

So say we all, this __7th__ day of __DECEMBER__, 2023

_____                    _____
FOREPERSON (print name)                           FOREPERSON (signature)