UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62362-CIV-SMITH/VALLE

DAVID SAULSBERRY,

    Plaintiff,

vs.

BRITNEY ELDER,

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 202], recommending Plaintiff's Motion for Award of Attorney's Fees and Costs [DE 177] be denied. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge [DE 202] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for Award of Attorney's Fees and Costs [DE 177] is **DENIED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 5th day of June, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record